UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MATHEN GEORGE,

                     Plaintiff,

            - against -

NEW YORK CITY TRANSIT AUTHORITY and
CHARLES BARTELLI, in his individual capacity,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

04 CV 3263 (RJD) (MDG)

DEARIE, Chief Judge.

On August 21, 2008, Magistrate Judge Marilyn D. Go recommended that the Court deny defendant Charles Bartelli's motion to compel defendant New York City Transit Authority to provide for his defense in this action. Objections to this Report & Recommendation were due on September 10, 2008. No objections have been filed.

The Court therefore adopts Magistrate Judge Go's Report & Recommendation in its entirety.

SO ORDERED.

Dated: Brooklyn, New York
       September _16_, 2008

                                          RAYMOND J. DEARIE
                                          United States District Judge